1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )    Case No.: 5:22-MJ-00071-DUTY
                                       )
                      Plaintiff,       )    ORDER OF DETENTION PENDING
12                                     )    FURTHER REVOCATION
                 v.                    )    PROCEEDINGS
13                                     )    (FED. R. CRIM. P. 32.1(a)(6); 18
     Angelina Francisa Urbano          )    U.S.C. § 3143(a)(1))
14                                     )
                      Defendant.       )
15   _____)

16          The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the ___Southern___ District of

18   ___California___ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (×)   The defendant has not met his/her burden of establishing by clear and

23               convincing evidence that he/she is not likely to flee if released under 18

24               U.S.C. § 3142(b) or (c).  This finding is based on the following:

25               (×)   information in the Pretrial Services Report and Recommendation

26               (×)   information in the violation petition and report(s)

27               (  )   the defendant's nonobjection to detention at this time

28               (  )   other: _____

                                            1

and/ or

B. (×)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

(×)   information in the Pretrial Services Report and Recommendation

(×)   information in the violation petition and report(s)

( )   the defendant's nonobjection to detention at this time

( )   other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 02/04/2022

_____
SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

2